UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAMON A. LOPEZ,

    Plaintiff,

v.                                CASE NO. 6:07-cv-1055-Orl-19UAM

JULIE KENNEY, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 2, 2007, the Court ordered Plaintiff to file a second amended complaint (Doc. No. 7). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.    This case is hereby **DISMISSED** without prejudice.

2.    The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this  5th   day of September, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

sa 9/5
Ramon A. Lopez